UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMAUD JAMAL RICE, #741949,

        Petitioner,

                                CASE NO. 5:14-CV-13786
v.                            HON. JOHN CORBETT O'MEARA

RANDALL HAAS,

        Respondent.
_____/

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

    This matter is before the Court on Petitioner's motion for reconsideration concerning the Court's October 8, 2014 non-prejudicial dismissal of his petition for a writ of habeas corpus for failure to exhaust state court remedies. The Court also denied a certificate of appealability and denied leave to proceed *in forma pauperis* on appeal.

    Having reviewed the matter, the Court finds no reason to reconsider its decision. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). The Court properly dismissed the petition on exhaustion grounds. The Court also properly denied a certificate of appealability and denied leave to proceed *in forma pauperis* on appeal.

    Accordingly, the Court **DENIES** Petitioner's motion for reconsideration. This case remains

closed.

**IT IS SO ORDERED**.

                s/John Corbett O'Meara
                United States District Judge

Date:  October 20, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 20, 2014, using the ECF system and/or ordinary mail.

                s/William Barkholz
                Case Manager